**Mark A. KORTZ, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 75060.**

Missouri Court of Appeals,
Western District.

June 25, 2013.

Amy M. Bartholow, Columbia, MO, for appellant.

Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, VICTOR C. HOWARD, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Mark Kortz appeals the judgment of the motion court denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. In his sole point on appeal, he claims that trial counsel was ineffective in failing to keep evidence of his uncharged crimes and bad acts from the jury. Because a published opinion would have no precedential value, a memoran-

dum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).